UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRESLEY T. HENDLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA; BRITTANY HURLEY; CCDC BOOKING; SHANA BROWERS; STEVEN B. WOLFSON; FRANK LOGRIPPO,<br><br>    Defendants. | Case No. 2:20-cv-01447-APG-EJY<br><br>**ORDER** |

Before the Court is what appears to be Plaintiff's filing seeking leave to file an amended complaint (ECF No. 9). As stated in the Court's Order entered on January 8, 2021 (ECF No. 13), Plaintiff is granted through and including February 12, 2021 to file an amended complaint stating a claim against Brittany Hurley.

DATED this 11th day of January 11, 2021.

                                                                    ELAYNA J. YOUCHAH
                                                                    UNITED STATES MAGISTRATE JUDGE

1