UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRESLEY T. HENDLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA; BRITTANY HURLEY; CCDC BOOKING; SHANA BROWERS; STEVEN B. WOLFSON; FRANK LOGRIPPO,<br><br>  Defendants. | Case No. 2:20-cv-01447-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's *in forma pauperis* application. ECF No. 21. This application is moot at Plaintiff was granted *in forma pauperis* status on November 30, 2020. ECF No. 8.

Also before the Court is Plaintiff's Ex Parte Motion for Appointment of Counsel. ECF No. 20. The application is premature to the extent Plaintiff seeks relief under 42 U.S.C. § 1983 as there is no cause of action that has been allowed to proceed under the statute.

Finally, to the extent Plaintiff seeks assistance with filing a habeas corpus petition, the Clerk of Court is directed to send Plaintiff instructions on how to do so.

Accordingly, for the reasons stated above,

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 21) is DENIED as moot.

IT FURTHER ORDERED that Plaintiff's Ex Part Motion for Appointment of Counsel (ECF No. 20) is DENIED without prejudice.

IT IS FURTHER ORDERED that the **Clerk of Court shall** forward instructions to Plaintiff regarding filing a habeas corpus petition.

DATED this 11th day of February, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1