# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRESLEY T. HENDLEY,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants | Case No.: 2:20-cv-01447-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 23, 24] |

On February 11, 2021, Magistrate Judge Youchah recommended that plaintiff Tresley Hendley's proposed Amended Complaint filed at ECF No. 15 be denied with prejudice. ECF No. 23. On February 22, 2021, Judge Youchah recommended that Hendley's Second, Third, and Fourth proposed Amended Complaints against Brittany Hurley (filed at ECF Nos. 16, 17, and 19) be denied with prejudice. ECF No. 24. In response, Hendley filed a document that seems to acknowledge the defects in his pleadings and states he intends to file a habeas corpus action. ECF No. 25. Even if I consider this document an objection to Judge Youchah's recommendations, it fails to explains how Judge Youchah's recommendations are incorrect or why I should not accept them.

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendations **(ECF Nos. 23, 24) are accepted** and plaintiff Tresley Hendley's claims in this case are DISMISSED without prejudice to his ability to seek relief through a habeas corpus proceeding.

DATED this 31st day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE